O-send

FILED
CLERK, U.S. DISTRICT COURT

JUL 21 2014

CENTRAL DISTRICT OF CALIFORNIA
BY                              DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> vs. <br><br> David Haro <br><br> Defendant. | Case No.: CR 04-1713 ABC <br><br> ORDER OF DETENTION <br><br> [Fed. R. Crim. P. 32.1(a)(6); <br> 18 U.S.C. § 3143(a)] |

The defendant having been arrested in this District pursuant to a warrant issued by the United States District Court for the **Central Dist. of Cal.** for alleged violation(s) of the terms and conditions of his/~~her~~ [~~probation~~] [supervised release]; and

The Court having conducted a detention hearing pursuant to Federal Rule of Criminal Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a),

The Court finds that:

A.   (X)   The defendant has not met his/her burden of establishing by clear and convincing evidence that he/she is not likely to flee if released under 18 U.S.C. § 3142(b) or (c). This finding is based on **petition and PSA report appears**

1 _not amenable to dyscussin_

2

3

4 and/or

5 B. (✗) The defendant has not met his/her burden of establishing by
6 clear and convincing evidence that he/she is not likely to pose
7 a danger to the safety of any other person or the community if
8 released under 18 U.S.C. § 3142(b) or (c). This finding is based
9 on: _allegation of the petition_

10

11

12

13

14 IT THEREFORE IS ORDERED that the defendant be detained pending
15 the further revocation proceedings.

16

17 Dated: 7-21-14

18

19

20 UNITES STATES MAGISTRATE JUDGE